# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| BRIAN BREWER, | : | |
| Plaintiff, | : | Case No. 3:11cv00307 |
| vs. | : | District Judge Thomas M. Rose<br>Magistrate Judge Sharon L. Ovington |
| CITY OF DAYTON, OHIO, et al., | : | |
| Defendants. | : | |

## NOTICE

The discovery phase of this case has ended. No discovery Motion or other matter referred to the undersigned Judicial Officer remains pending. The case is presently set for further proceedings, including trial, before United States District Judge Thomas M. Rose. The Clerk of Court is directed to note in the record that:

1. Referral of this case to the undersigned Judicial Officer has expired; and

2. No Motion or other matter in this case remains pending before the undersigned Judicial Officer.

October 15, 2012

                                                  s/Sharon L. Ovington
                                                  Sharon L. Ovington
                                          United States Magistrate Judge